**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 07-CR-0008-CVE |
| | ) |
| **LESLIE SCHOBE THOMPSON,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

The Court is in receipt of Defendant Leslie Schobe Thompson's Brief Regarding Authentication Requirement of Certain Evidence (Dkt. # 83). Defendant notifies the Court that he seeks to admit newspaper articles concerning an armed bank robbery. In response to defendant's brief, the United States filed a reply (Dkt. # 85) and a motion in limine (Dkt. # 86) seeking to exclude the newspaper articles as inadmissible hearsay. Based on defendant's other filings in this case, it appears that defendant seeks to admit the newspaper articles to prove that one of the perpetrators was, as the newspaper articles reported, 25 to 35 years old. If this is the case, then the newspaper articles are hearsay and inadmissible. In his brief, defendant claims that the articles do not constitute hearsay because they are not being offered to prove the truth of the matter asserted; rather, they are offered to prove that the robberies were reported to have been committed. See Dkt. # 83, at 2. Defendant has not adequately explained why evidence that the robberies were reported is relevant. At trial, the Court will permit defendant to further explain the reason for offering the articles and will determine their admissibility.

**IT IS THEREFORE ORDERED** that the Government's Motion in Limine Regarding Newspaper Articles (Dkt. # 86) is **taken under advisement**.

**DATED** this 16th day of March, 2007.

_____
CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT